UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKY PAUL SMITH,

        Plaintiff,

  v.

A.PERRY et al,

        Defendant.

Case Number: CV07-03142 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ricky P. Smith
T-98778/ D-14
Martinez Detention Facility
901 Court St.
Martinez, CA 94553

Dated: July 30, 2007

                                    Richard W. Wieking, Clerk
                                    By: Dawn Toland, Deputy Clerk