IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY PAUL SMITH, | No. C 07-3142 WHA (PR) |
| Plaintiff, | **ORDER DENYING REQUEST FOR PERMISSION TO FILE A MOTION TO RECONSIDER** |
| v. | |
| PERRY, A., et al., | |
| Defendants. | |

This is a civil rights action filed pro se by a prisoner. It was dismissed without prejudice because plaintiff failed to either pay the filing fee or file a complete application to proceed in forma pauperis ("IFP") within the time allowed by the court's notice of him of the IFP deficiency. He has moved for permission to file a motion to reconsider.

Although it is true that in this district a litigant needs permission to file a motion to reconsider if a judgment has not yet been entered, the rule does not apply to motions filed after judgment. *See* Local Rule CIV 44. Plaintiff's motion (document number 5 on the docket) is **DENIED** as unnecessary.

**IT IS SO ORDERED.**

Dated: January __28__, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\SMITH142.REC.wpd